UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JAVIER JAIMES,

Petitioner,

v.

UNKNOWN,

Respondent.

No. 2:21-cv-00237 DB P

ORDER

Petitioner is a state prisoner proceeding pro se. On February 8, 2021, he filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) However, the petition was not signed by petitioner. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider the petition unless petitioner signs and re-files the petition.

Accordingly, petitioner will be provided an opportunity to re-file the petition bearing his signature. Failure to submit a signed amended petition may result in a recommendation that this action be dismissed.[1]

[1] Petitioner is cautioned that the habeas corpus statute imposes a one-year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. 28 U.S.C. § 2244(d).

Additionally, Petitioner has not filed an application to proceed in forma pauperis or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). When refiling his petition, petitioner must either submit a completed application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, petitioner shall re-file a signed petition;[2]

2. With his re-filed petition, petitioner must include either a completed application requesting leave to proceed in forma pauperis or submit the appropriate filing fee; and

3. The Clerk of the Court is directed to send petitioner the court's form application for writ of habeas corpus and an "Application to Proceed In Forma Pauperis By a Prisoner" for use in a habeas action.

Dated: February 19, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:14
DLB1/orders/prisoner-habeas/jaim.r11.hc

[2] By setting this deadline the court is making no finding or representation that the petition is not subject to dismissal as untimely. See 28 U.S.C. § 2244(d).